Etanislá Rivera, demandante y apelada, v. Faustino Carrasquillo, demandado y apelante.

No. 5380.—*Sometido:* Julio 14, 1930. *Resuelto:* Julio 18, 1930.

*Joaquín Vendrell,* abogado del apelante; *Silvestre Cruz,* abogado de la apelada.

El Juez Asociado Señor Texidor, emitió la opinión del tribunal.

A la moción de desestimación en este caso, que encontramos confusa y difícil de entender se ha unido una copia de la resolución dictada por la Corte de distrito de San Juan,

* Nota: Véase el prefacio.

que, si fuera admisible, sería suficiente para resolver, ya que aparece perfectamente claro el caso en ella. Pero la forma de presentar estos documentos es la de una certificación y no creemos que deba variarse.

Por esa razón, sin perjuicio de que se presente de nuevo, y en forma aceptable, la moción de desestimación, se declara sin lugar, por no aparecer de la misma, en sí, la alegada frivolidad.